<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2099**

BRAD R. JOHNSON,

                    Plaintiff - Appellant,

          v.

HORRY, COUNTY OF, State of South Carolina; HUBERT MISHOE;
JANET CARTER; JOHN WEAVER; TAMMY BARNHILL; BRENDA L. GORSKI,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   J. Michelle Childs, District
Judge.  (4:09-cv-01758-JMC)

Submitted:  February 5, 2013       Decided:  February 12, 2013

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brad R. Johnson, Appellant Pro Se.   Jerome Scott Kozacki,
WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brad R. Johnson appeals the district court's order accepting the recommendation of the magistrate judge, granting summary judgment to the Appellees and dismissing his complaint. We have considered Johnson's arguments on appeal, reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. County of Horry, No. 4:09-cv-01758-JMC (D.S.C. Aug. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED